Eastern District of Kentucky
**FILED**

JAN 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                         INDICTMENT NO. 6:25-cr-009-REW
                                           21 U.S.C. § 841(a)(1)

EVAN D. COMPTON                                             DEFENDANT

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 23, 2023, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**EVAN D. COMPTON**

did knowingly possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

FOREPERSON

_____
**CARLTON S. SHIER, IV
UNITED STATES ATTORNEY**

## **PENALTIES**

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.